UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
Osmani Perez                                                    Case No. 11-45705-BKC-LMI
                                                                Chapter 13

        Debtor.
_____/

## NOTICE TO CONVERT CHAPTER 13 BANKRUPTCY CASE TO CHAPTER 7

**COMES NOW,** the debtor, Osmani Perez by and through his undersigned counsel and file this Notice to Convert Chapter 13 Bankruptcy Case to Chapter 7 and for the reasons as set forth below:

1.    On or about December 30, 2011, the instant case was filed.

2.    The reason why the debtor was in a chapter 13 bankruptcy was for the sole purpose of stripping the second mortgage owed to Bank of America (Loan No. XXXX1622).

3.    The second mortgage holder has recorded a Satisfaction of Mortgage on December 18, 2012.

4.    The debtor has informed undersigned counsel that he would like to have the instant case converted to a Chapter 7 in order to have the Chapter 13 plan payments which is a financial burden to him.

5.    Therefore, the debtor would like to convert the instant case to a Chapter 7 in order to receive a discharge of his debts.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM/ECF to: Nancy Neidich, Trustee, and via regular mail to all parties on the service list this February 23, 2013.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**

Attorney for Debtor(s)
355 West 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008

By:*/s/ Robert Sanchez*_____
   Robert Sanchez, Esq., FBN# 0442161